United States Court of Appeals
For the Eighth Circuit

_____

No. 16-3009
_____

Sylvester Barbee

*Plaintiff - Appellant*

v.

Cheri Ellis, US Department of Agriculture Inspector, Egg Processor, Cummins
Unit; Aundrea Weekly, Safety and Sanitation Officer, Cummins Unit; Troy
Moore, Dr., Physician of CMS, Cummins Unit; Marie Austin, Health Service
Administrator of CMS, Cummins Unit; Jason Boyd, Poultry/Swine Company
Inspector of Egg Process Room, Cummins Unit; John Doe, Hen House Sanitation
Inspector 2012, Cummins Unit; Angelika Smarjesse, Food Preparation and Service
Manager, Cummins Unit (originally named as Angelika Smarjessi)

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: July 25, 2017
Filed: July 28, 2017
[Unpublished]
_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Sylvester Barbee appeals from the order of the District Court[1] granting summary judgment to defendants Cheri Ellis and Audrea Weekly in Barbee's 42 U.S.C. § 1983 action arising from conditions of his confinement while he was held at the Cummins Unit.[2]  We agree with the district court that even assuming Barbee was incarcerated under conditions that amounted to a substantial risk of harm, he has shown no jury issue whether these defendants were deliberately indifferent to that risk.  See Kulkay v. Roy, 847 F.3d 637, 643 (8th Cir. 2017) (noting that an official is deliberately indifferent if she fails to respond reasonably to a known substantial risk); see also Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (reviewing an order granting summary judgment de novo).  We affirm the judgment.

—————————————————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

[2]Barbee has waived his remaining claims by failing to brief them.  See Dick v. Dickinson State Univ., 826 F.3d 1054, 1058 n.2 (8th Cir. 2016).